UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUSEF ALLEN, | : |
| Petitioner, | : Civ. No. 13-4304 (KM) |
| v. | : |
| CHARLES WARREN, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner, Yusef Allen, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending before the Court is petitioner's motion for a ninety-day extension of time to file a reply brief in support of his habeas petition. (*See* Dkt. No. 38.) Good cause appearing, the motion will be granted.

Accordingly, IT IS this 29th day of June, 2015,

ORDERED that petitioner's motion for an extension of time to file a reply in support of habeas petition (Dkt. No. 38) is granted; and it is further

ORDERED that petitioner may file his reply brief in support of his habeas petition on or before September 3, 2015.

KEVIN MCNULTY
United States District Judge